# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Deloris V. Victoria, | ) | Case No. 06-31225-WRS-7 |
| | ) | |
| Debtor. | ) | |

## CONSENT MOTION TO ACCEPT OUT OF TIME APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Section 105 of the Bankruptcy Code and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, Greenville Hospital Corporation, d/b/a LV Stabler Memorial Hospital (the "Appellee" or "Greenville Hospital"), a creditor and party in interest in the chapter 7 bankruptcy case filed by Deloris V. Victoria (the "Debtor" or "Victoria"), requests that the Court accept out of time the Appellee's Designation of Additional Items to be Included in the Record on Appeal (the "Designation on Appeal"). In support of its motion, Greenville Hospital states as follows:

1. The Bankruptcy Court entered an order dismissing the Debtor's case for abuse (the "Dismissal Order") on June 27, 2007.

2. The Debtor filed a notice of appeal regarding the Dismissal Order (the "Notice of Appeal") on July 6, 2007.

3. The Debtor filed a designation of contents for inclusion on the record and issues on appeal on July 16, 2007.

4. The Debtor was represented in her bankruptcy by Richard D. Shinbaum, who is also representing the Debtor in her bankruptcy appeal. On or around the time that the Debtor filed the Notice of Appeal, however, counsel for Greenville Hospital was contacted by Warren Freeman, another attorney who indicated that he was representing the Debtor for the limited purpose of negotiating a settlement with Greenville Hospital.

5.      On July 16, 2007, counsel for Greenville Hospital and Mr. Freeman reached an agreement to settle this case on behalf of their respective clients. Counsel for Greenville Hospital drafted a letter to Mr. Freeman detailing the terms of the settlement (the "Settlement Letter"). A true and correct copy of the Settlement Letter will be made available to the Court upon request but is not attached to this motion.

6.      The parties subsequently agreed upon a draft settlement agreement (the "Settlement Agreement") and exchanged emails regarding the parties' performance under the terms of the Settlement Agreement. Among other things, the Settlement Agreement required the Debtor to dismiss this appeal.

7.      Based upon the Debtor's agreement to dismiss this appeal as part of the Settlement Agreement, counsel for Greenville Hospital did not file any designation of additional items to be included in the record on appeal within the time prescribed by Rule 8006 of the Federal Rules of Bankruptcy Procedure.

8.      After the deadline for Greenville Hospital to file its designation of additional items to be included in the record on appeal, counsel for Greenville Hospital received a fax letter (the "Freeman Letter") from Mr. Freeman indicating that the Debtor could not perform her obligations under the Settlement Agreement and therefore, the Debtor would have to pursue her bankruptcy appeal. A true and correct copy of the Freeman Letter will be made available to the Court upon request but is not attached to this motion.

9.      <u>Counsel for Greenville Hospital has discussed the settlement negotiations described above with the Debtor's bankruptcy counsel, Mr. Shinbaum, and he has agreed that there are justifiable circumstances to permit Greenville Hospital to file its Designation on Appeal out of time</u>.

WHEREFORE, the Appellee, Greenville Hospital Corporation, d/b/a LV Stabler Memorial Hospital, requests that the Court grant its Consent Motion to Accept Out of Time Appellee's Designation of Additional Items to Be Included in the Record on Appeal and accept the Appellee's Designation on Appeal even though it was filed outside of the time prescribed by Rule 8006.

Respectfully submitted,


/s/ Bradley R. Hightower

Bradley R. Hightower

**Attorney for Greenville Memorial Hospital**

**OF COUNSEL:**

CHRISTIAN & SMALL LLP

505 North 20th Street, Suite 1800

Birmingham, Alabama 35203

Phone: (205) 795-6588

Fax: (205) 328-7234

## <u>CERTIFICATE OF SERVICE</u>

Unless otherwise served by the ECF system, I certify that I have served a copy of the above and foregoing Motion on the following by placing a copy in the United States Mail, properly addressed, first-class postage pre-paid on this the 6th day of August, 2007:

Deloris V. Victoria
225 Woodland Heights Dr.
Greenville, Alabama 36037

C. Brandon Sellers, III
Richard D. Shinbaum
Shinbaum, Abell, McLeod & Vann
P.O. Box 201
Montgomery, Alabama 36101

U.S. Bankruptcy Adminstrator
Attn: Tina Hayes
One Church Street
Montgomery, Alabama 36104

Chapter 7 Trustee, Daniel G. Hamm
560 South McDonough Street, STE A
Montgomery, Alabama 36104

/s/ Bradley R. Hightower
OF COUNSEL