**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                                Case No. 06-31225-WRS
                                                                     Chapter 7

DELORIS V. VICTORIA,

       Debtor

**ORDER GRANTING MOTION TO ACCEPT OUT OF TIME**
**DESIGNATION OF RECORD**

For the reasons set forth on the record on August 28, 2007, on the motion to accept out of time appellee's designation of record filed by Greenville Hospital Corporation (Doc. 82), it is

ORDERED that the motion is GRANTED.

Done this 29th day of August, 2007.

                                                /s/ William R. Sawyer
                                                United States Bankruptcy Judge

c: Richard D. Shinbaum, Attorney for Debtor
   Daniel G. Hamm, Trustee
   Bradley R. Hightower, Attorney for Greenville Hospital