IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

                                            Bankruptcy Case No. 06-31225-WRS

**Deloris V. Victoria**
**Debtor**

**Deloris V. Victoria**
**Appellant**

vs.                            Civil Action No. 2:07-cv-00688-WKW

**Greenville Hospital Corporation**
**Appellee**


**TRANSMITTAL OF APPELLEE DESIGNATION OF CONTENTS**
**FOR INCLUSION IN RECORD AND ISSUES ON APPEAL**

    I, Dianne M. Segrest, do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On August 30, 2007**

**Contents of Record**:

1. Appellee's Designation of Additional Items to be Included in the Record On Appeal.
2. Consent Motion to Accept Out of Time Appellee's Designation of Additional Items to be Included in the Record On Appeal filed on August 8, 2006 by Bradley R. Hightower on behalf of Greenville Hospital Corp.
3. Order Granting Motion To Accept Out Of Time Designation Of Record.

**REMARK :**
Item #20 - Transcript of Section 341 - Appellee was instructed to contact the Bankruptcy Administrator for transcript.
Item #21 - Transcript of Continued Section 341 Meeting - Appellee was instructed to contact the Bankruptcy Administrator for transcript.
Item#24 - Binder submitted into evidence will be hand delivered.


/s/Dianne M. Segrest
**Deputy Clerk**
**United States Bankruptcy Court**