**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re: ) | |
| ) | |
| **Deloris V. Victoria,** ) | |
| ) | |
|     Appellant, ) | |
| ) | **Dist. Ct. Case No. 2:07-cv-00688-WKW** |
| v. ) | |
| ) | **Bank. Ct. Case No. 06-31225-WRS-7** |
| **Greenville Hospital Corporation,** ) | |
| **d/b/a LV Stabler Memorial Hospital,** ) | |
| ) | |
|     Appellee. ) | |

**CONFLICT DISCLOSURE STATEMENT**

    Greenville Hospital Corporation, d/b/a Stabler Memorial Hospital (the "Appellee" or "Greenville Hospital"), in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[   ] This party is an individual, or

[   ] This party is a governmental entity, or

[   ] There are no entities to be reported, or

[✔] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| CHS Holdings Corp. (NY corp.) | Greenville Hospital Corp. is wholly owned by CHS Holdings Corp. |
| Community Health Investment Corp. (DE corp.) | CHS Holdings Corp. is wholly owned by Community Health Investment Corp. |
| CHS/Community Health Systems, Inc. (DE corp.) | Community Health Investment Corp. is wholly owned by CHS/Community Health Systems, Inc. |
| Community Health Systems, Inc. (DE corp.) (trades under the symbol "CYH" on the NYSE) | CHS/Community Health Systems, Inc. is wholly owned by Community Health Systems, Inc. |

| | |
|---|---|
| 09/11/2007 | /s/ Bradley R. Hightower |
| Date | Signature of Counsel |
| | Bradley R. Hightower |
| | Christian & Small LLP |
| | 1800 Financial Center, 505 North 20th Street |
| | Birmingham, AL 35203 |
| | (205) 795-6588 |

**CERTIFICATE OF SERVICE**

    I certify that a copy of the above and foregoing has been served on the party(ies) below by placing same in the United States Mail (unless otherwise indicated) properly addressed and postage affixed, this the 13th day of September, 2007.

Deloris V. Victoria
225 Woodland Heights Dr.
Greenville, Alabama 36037

C. Brandon Sellers, III
Richard D. Shinbaum
Shinbaum, Abell, McLeod & Vann
P.O. Box 201
Montgomery, Alabama 36101

U.S. Bankruptcy Adminstrator
Attn: Tina Hayes
One Church Street
Montgomery, Alabama 36104

Chapter 7 Trustee, Daniel G. Hamm
560 South McDonough Street, STE A
Montgomery, Alabama 36104

                                                                 /s/ Bradley R. Hightower
                                                                  Bradley R. Hightower