# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br>DELORIS V. VICTORIA<br>DEBTOR,<br><br>DELORIS V. VICTORIA,<br>APPELLANT,<br><br>V.<br><br>GREENVILLE HOSPITAL,<br>APPELLEE. | CASE NO.: 07-CV-0688-WKW |

## MOTION TO TERMINATE AS A PARTY IN INTEREST

**COMES NOW,** Daniel G. Hamm, Trustee of the Debtor/Appellant in her Chapter 7 Bankruptcy, Case No.: 06-31225-WRS and moves this Honorable Court to terminate the undersigned as a party in interest in the instant case by stating the following:

1. The undersigned was appointed Trustee for the Bankruptcy Estate of Deloris V. Victoria.

2. On June 27, 2007 Judge William Sawyer issued an Order granting Greenville Hospital's Motion to Dismiss Case.

**WHEREFORE**, the above premises considered, the undersigned prays this Honorable Court will issue an Order terminating him as a party in interest to the instant case.

**RESPECTFULLY SUBMITTED** this the 10th day of December, 2007.

/s/ Daniel G. Hamm
───────────────────────────
DANIEL G. HAMM
ATTORNEY FOR THE DEBTOR
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Terminate as a Party in Interest by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to Teresa Jacobs, Bankruptcy Administrator and the attorneys named below.

**DONE** this the 10th day of December, 2007.

/s/ Daniel G. Hamm
───────────────────────────
DANIEL G. HAMM
ATTORNEY FOR THE DEBTOR
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

| | |
|---|---|
| Richard Shinbaum | Bradley Richard Hightower |
| Attorney for Debtor/Appellant | Attorney for Greenville Hospital |
| Shinbaum, Abell, McLeod & Campbell, P.C. | Christian and Small |
| Post office Box 201 | 505 20th Street North, Suite 1800 |
| Montgomery, Alabama 36101 | Birmingham, Alabama 35203-2696 |