IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

| | |
|---|---|
| DELORIS VICTORIA , | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-688 |
| | ) |
| GREENVILLE HOSPITAL, | ) |
| | ) |
|   Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Deloris Victoria, Plaintiff-Appellant, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. This party is an individual engaged in the private practice of Medicine

2. The following entities and their relationship to the party are hereby reported:

Reportable Entity Relationship to Party.

Bariatric Associates, Greenville, Alabama, Debtor is the sole owner

Dr. Deloris Victoria, M.D. Greenville, Alabama, and Heflin , Alabama.  Debtor


    **/s/ Richard D. Shinbaum**
    Richard Shinbaum, SHI007
    Attorney for the Plaintiff-Appellant

Of Counsel:

Shinbaum, Abell, McLeod and Campbell, P.C..
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above styled motion was this day served upon the following, by placing the same in the United States Mail, properly addressed and postage prepaid, and/or electronics transmission this the 11th day of December, 2007

Bradley R. Hightower
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203

Daniel G. Hamm
Daniel G. Hamm, Attorney at Law
560 South McDonough Street, Suite A
Montgomery, AL 36104

               /s/ Richard D. Shinbaum
               Richard D. Shinbaum
               Attorney for the Debtor