# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br>**DELORIS V. VICTORIA DEBTOR,**<br><br>**DELORIS V. VICTORIA,**<br>APPELLANT,<br><br>V.<br><br>**GREENVILLE HOSPITAL,**<br>APPELLEE. | **CASE NO.: 07-CV-0688-WKW** |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW,** Daniel G. Hamm, Trustee of the Debtor/Appellant in the above-captioned matter, and in accordance with the Order of this Honorable Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No, 3047 state as follows:

1. This party is an individual named as Trustee of the Bankruptcy Estate of Deloris Victoria, Case No. 06-31225.
2. This Party is not a governmental entity.
3. There are no entities to be reported.

**RESPECTFULLY SUBMITTED** this the 18th day of January, 2008.

/s/ Daniel G. Hamm
---
DANIEL G. HAMM
TRUSTEE FOR BANKRUPTCY
ESTATE OF DELORIS VICTORIA
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of this Conflict Disclosure Statement by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the parties named below.

    **DONE** this the 18th day of January, 2008.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM
TRUSTEE FOR BANKRUPTCY
ESTATE OF DELORIS VICTORIA

| | |
|---|---|
| Richard Shinbaum | Bradley Richard Hightower |
| Attorney for Debtor/Appellant | Attorney for Greenville Hospital |
| Shinbaum, Abell, McLeod & Campbell, P.C. | Christian and Small |
| Post office Box 201 | 505 20th Street North, Suite 1800 |
| Montgomery, Alabama 36101 | Birmingham, Alabama 35203-2696 |